UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA MARTE,

                Plaintiff,

     -against-

SHIRON BOYD,

                Defendant.

22-CV-9256 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 14, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 14, 2022
            New York, New York

                                       /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                Chief United States District Judge